# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00725-CV

**J. T., Appellant**

v.

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 433RD DISTRICT COURT OF COMAL COUNTY, NO. C2013-0575D, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. T. filed his notice of appeal on November 18, 2015. The appellate record was complete November 30, 2015, making appellant's brief due December 21, 2015. On December 15, 2015, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than January 4, 2016. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on December 18, 2015.

Before Justices Puryear, Goodwin and Bourland